UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALLEN BELL a/k/a ALLEN WALKER,

                      Plaintiff,

      -against-

CITY OF NEW YORK, individually and in their
official as New York City police officers,
JACLYN RODNEY, HELIN MARTE and JOHN
or JANE DOE 1-10,

                      Defendants.
------------------------------------------------------------X

19 **CIVIL** 5868 (NRB)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 16, 2022, defendants' motion for summary judgment is granted in its entirety and judgment is entered for defendants; accordingly, the case is closed.

**Dated:** New York, New York

       March 16, 2022

                                             RUBY J. KRAJICK

                                             Clerk of Court

                    **BY:**

                                             Deputy Clerk