UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ALLEN BELL a/k/a ALLEN WALKER,

                                               **NOTICE OF APPEAL**

                      Plaintiff,
-against-                              Docket No. 19-cv-5868 (NRB)

CITY OF NEW YORK, *et al.*,

                                   Defendants.
-------------------------------------------------------X

      Notice is hereby given that the Plaintiff in the above-captioned action, Mr. Allen Bell, appeals to the United States Court of Appeals for the Second Circuit, from the Memorandum and Order, dated March 16, 2022, granting the motion for summary judgment filed by defendants in its entirety and denying Plaintiff's cross-motion for partial summary judgment.

Dated:  Bayside, New York
          April 15, 2022

                                       **SIM & DEPAOLA, LLP**
                                       *Attorneys-at-Law*
                                       42-40 Bell Boulevard – Suite 405
                                       Bayside, New York 11361
                                       (718) 281-0400

                          By:    */s/ Samuel C. DePaola*
                                   Samuel C. DePaola, Esq.
                                   *Attorney for Plaintiff*
                                   sdepaola@simdepaola.com